**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JOHN THOMAS CHAPMAN,**<br><br>***Defendant.*** | **CRIMINAL ACTION NO.**<br>**3:26-cr-00015-TES-CHW** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant John Thomas Chapman's unopposed motion to continue trial in the interest of justice. [Doc. 19]. On September 15, 2026, the Grand Jury returned a one count indictment charging Defendant with possession of a firearm by a convicted felon. *See* [Doc. 1, p. 1]; *see also* 18 U.S.C. §§ 922(g)(1), 924(a)(8), 924(d)(1); 28 U.S.C. § 2461(c). Defendant was arrested and pled not guilty. [Doc. 7]; [Doc. 11]; [Doc. 12]. He then filed his unopposed motion to continue on October 15, 2026. [Doc. 19].

Defendant requests a continuance to allow for more time for his counsel to review the discovery he received on October 14, 2026, identify Defendant's investigative needs, conduct investigation, and determine if negotiations might bear fruit. [Doc. 19, p. 2]. The government does not oppose this motion. [*Id.*]. Thus, the Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendant and the public in a speedy trial. *See id.*

Failure to grant this continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's unopposed motion to continue trial in the interest of justice. [Doc. 19]. The Court **CONTINUES** the Pretrial Conference until **December 2, 2026**, and the trial of this matter until **January 19, 2027**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 16th day of October, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**